ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| IVI Corp. | ) ASBCA Nos. 61664, 61704 |
| | ) |
| Under Contract No. SPM4A8-16-M-0053 | ) |

APPEARANCE FOR THE APPELLANT:     Hilary S. Schultz, Esq.
                                   Schultz Law, LLP
                                   Cohasset, MA

APPEARANCES FOR THE GOVERNMENT:     Daniel K. Poling, Esq.
                                     DLA Chief Trial Attorney
                                    Ashley M. Kelly, Esq.
                                     Trial Attorney
                                     DLA Aviation
                                     Richmond, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  June 22, 2021

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61664, 61704, Appeals of IVI Corp., rendered in conformance with the Board's Charter.

Dated:  June 23, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services